■ SYLVIA PFISTER, Respondent, v DAYNA REALTY ASSOCIATES, LTD., et al., Appellants, et al., Defendants. [647 NYS2d 92] —In a mortgage foreclosure action, the defendants Dayna Realty Associates, Ltd., Dayna Associates Construction Corp., and Fidelity New York, FSB, appeal from a judgment of the Supreme Court, Richmond County (Leone, J.), dated December 11, 1995, which upon an order of the same court, dated March 23, 1995, *inter alia,* granting the plaintiff's motion for summary judgment, is in favor of the plaintiff and against them in the sum of $283,150.68 including interest.

Realty Associates, Ltd., Dayna Associates Construction Corp., and Fidelity New York, FSB, appeal from an order of the Supreme Court, Richmond County (Leone, J.), dated March 23, 1995, which, *inter alia,* granted the plaintiff's motion for summary judgment and to dismiss their affirmative defenses and counterclaims, and denied their cross motion to compel the plaintiff to comply with outstanding discovery.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the intermediate order must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment dated December 11, 1995, in the action (*see, Matter of Aho,* 39 NY2d 241, 248). The issues raised on appeal from the order are brought up for review and have been considered on the appeal from the judgment (CPLR 5501 [a] [1]; *see also, Pfister v Dayna Realty Assocs.,* 231 AD2d 506 [decided herewith]). Thompson J. P., Joy, Altman and Hart, JJ., concur.